IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GORDON DANIEL KUJAVA,

        Appellant,

v.

    Case No.  5D21-2230
    LT Case No. 2020-CT-000248-A

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed November 8, 2022

Appeal from the County Court
for Sumter County,
Paul L. Militello, Judge.

Matthew J. Metz, Public Defender,
and Andrew Mich, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

EVANDER, EDWARDS and HARRIS, JJ., concur.